RAYMOND BENNETT, Respondent, *v.* LEHIGH VALLEY RAILROAD COMPANY, Defendant, and DELAWARE AND HUDSON COMPANY, Appellant.

(Argued May 20, 1931; decided June 9, 1931.)

*Frank C. Welles, Carl E. Whitney* and *H. T. Newcomb* for appellant.

*Moses Feltenstein* and *Samuel Flatow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.